# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br>　　　　Plaintiff,<br><br>v.<br><br><br>TONYA BUCK CANNON, Individually and as the Administratrix of the Estate of Ricky Buck,<br>　　　　Defendant and Third-<br>　　　　Party Plaintiff,<br>v.<br><br>WAYLAND J. HARDEE,<br>　　　　Third-Party Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:09-CV-64-D** |

**Decision by the Court.**

　　　IT IS ORDERED AND ADJUDGED that the court DENIES Cannon's motion for summary judgment [D.E. 27], GRANTS American General's motion for summary judgment [D.E. 46], GRANTS Hardee's motion for summary judgment [D.E. 49], and DENIES as moot American General's motion for judicial notice [D.E. 35].

　　　THE ABOVE JUDGMENT WAS ENTERED TODAY, **June 2, 2010**, AND A COPY TO:

Christina R. Hunoval (Via CM/ECF Notice of Electronic Filing)
Julia S. Bright (Via CM/ECF Notice of Electronic Filing)
Aaron C. Hemmings (Via CM/ECF Notice of Electronic Filing)
Donald S. Higley II (Via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| June 2, 2010<br>Date<br><br><br>Raleigh, North Carolina | DENNIS IAVARONE, Clerk<br>Eastern District of North Carolina<br>/s/ Debby Sawyer<br>(By) Deputy Clerk |